IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
KAREN REVAK,                          )
                                      )
                    Plaintiff,        )
                                      )
    vs.                               )
                                      )
CREDIT BUREAU COLLECTION SERVICES,    )
INC., et al.,                         )
                                      )    No. 2:08-cv-1895-HRH
                    Defendants.       )
_____)
```

O R D E R

Case Dismissed

    Plaintiff and Defendant Credit Bureau Collection Services having stipulated to dismissal of this action with prejudice,[1] and good cause appearing,

    IT IS HEREBY ORDERED dismissing this action with prejudice, each party to bear its own attorney fees and costs.

    DATED at Anchorage, Alaska, this 1st day of May, 2009.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 23.

- 1 -